UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROY G. CLARKE**, for himself and others similarly situated, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | |
| **FROST BANK** and **FRIDGE & RESENDEZ, P.C.**, | § § § | Case No. 5:24-CV-0744-JKP (HJB) |
| *Defendants.* | § | |

## JOINT NOTICE OF SETTLEMENT

This Joint Notice of Settlement is submitted on behalf of Plaintiff Roy G. Clarke and Defendants Frost Bank and Fridge & Resendez, P.C. (collectively, the "Parties").

The Parties are pleased to inform the Court that they have reached an agreement to resolve the claims in this case without any admission of liability or non-liability on the part of any Party, and they are working diligently to prepare a final written agreement. The Parties will submit an agreed notice of dismissal with prejudice when the agreement is finalized, which the Parties expect will occur no later than Thursday, April 17. If further time is necessary, the Parties will provide the Court with a joint notice to that effect.

Accordingly, the Parties respectfully request that the Court stay all deadlines related to this case and issue no substantive rulings pending the agreed dismissal.

Date:  April 10, 2025               Respectfully submitted,

**REESE MARKETOS LLP**


By: */s/ Brett S. Rosenthal*_____

Brett S. Rosenthal
Texas Bar No. 24080096
brett.rosenthal@rm-firm.com
Allison N. Cook
Texas Bar No. 24091695
allison.cook@rm-firm.com

750 N. Saint Paul St., Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

**ATTORNEYS FOR FRIDGE & RESENDEZ P.C.**
**(on behalf of all Parties with consent of counsel)**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, a true and correct copy of this document was served on all counsel of record via the Court's ECF system.

*/s/ Brett S. Rosenthal*_____
Brett S. Rosenthal