UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROY G. CLARKE, for Himself and Others Similarly Situated, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | SA-24-CV-744-JKP (HJB) |
| FROST BANK and FRIDGE & RESENDEZ, P.C., | § § § § | |
| *Defendants* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Roy G. Clarke and Defendants Frost Bank and Fridge & Resendez, P.C. stipulate that all claims asserted in this action are hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully and jointly submitted,

LAW OFFICE OF DAVID T. DENTON, P.C.
By: /s/ *David T. Denton*
    David T. Denton
    Texas Bar No. 24055396
    ddenton@dtdfirm.com
4040 Broadway, Suite 240-196
San Antonio, Texas 78209
Telephone: (210) 460-6500
Facsimile: N/A
ATTORNEY FOR ROY G. CLARK

REESE MARKETOS LLP
By: /s/ Brett S. Rosenthal
   Brett S. Rosenthal
   Texas Bar No. 24080096
   brett.rosenthal@rm-firm.com
   Allison N. Cook
   Texas Bar No. 24091695
   allison.cook@rm-firm.com
750 N. Saint Paul St., Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731
ATTORNEYS FOR FRIDGE & RESENDEZ P.C.

DAVIS & SANTOS, PLLC
By: /s/ Sarah Santos
   Sarah Santos
   Texas Bar No. 24020955
   ssantos@dslawpc.com
   Rachel Garza
   Texas Bar No. 24125240
   rgarza@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395
ATTORNEYS FOR FROST BANK

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, a true and correct copy of this document was served on all counsel of record via the Court's ECF system.

/s/ David T. Denton
David T. Denton